# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW
PROCEEDINGS OF TIMERA CARTER

NO.  2025 CW 1022

**DECEMBER 30, 2025**

---

In Re:   Benson Dermatology and Skin Cancer, LLC, Susan Barringer
Smith, NP, and Robert Benson, M.D., applying for
supervisory writs, 21st Judicial District Court, Parish
of Tangipahoa, No. 20230002076.

---

BEFORE:   LANIER, WOLFE, AND HESTER, JJ.

WRIT DENIED.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT